**Opinion issued July 29, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00534-CV

————————————

## IN RE SAMUEL ADEKUNLE OYEWOLE, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Samuel Adekunle Oyewole, has filed a petition for writ of mandamus, requesting that we compel the trial court to transfer venue in the underlying case to Polk County, or alternatively, to dismiss the suit.[1]

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Morgan.

---

[1] The underlying case is *In the Interest of S.A.O., B.A.O., and E.A.O., Children*, cause number 2024-59573, pending in the 308th District Court of Harris County, the Honorable Gloria E. Lopez presiding.